UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LUIS GUZMAN,

Defendant.

21-CR-723 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby ORDERS that the S1 Indictment and the True Bill in this case be unsealed.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 26, 2024
       New York, New York